81,034-01

Court of Criminal Appeals of Texas                    11/18/15

Attention: Abel Acosta - Clerk

P.O. Box 12308 Capitol Station

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

Trial Court No. 11-04-03817-CR(1)

☎ WR-81,034-01

Brian Keith Lorenz #1757548

# Change of Address

I am writing in Regards to a Change in my address. Could you please update the System. My Federal writ is still pending. My New address will be as follows:

    Brian Lorenz #1757548
    ETTF
    P.O. Box 8000
    Henderson, Tx 75653

Thank you,
Brian Lorenz